UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED SCRANTON APR 26 2018 PER ___ DEPUTY CLERK

ANTONELLO BOLDRINI, et al., :
    Plaintiffs :
                          CIVIL ACTION NO. 3:18-0410
                    :
    v. :
PEGA REAL ESTATE TRUST, : (MANNION, D.J.)
et al., : (SAPORITO, M.J.)
                   :
    Defendants :

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) The report and recommendation of Judge Saporito, **(Doc. 8)**, is **ADOPTED IN ITS ENTIRETY**.

(2) The plaintiffs' objections to the report, **(Doc. 35)**, are **OVERRULED**.

(3) The plaintiffs' action, **(Doc. 1)**, is **REMANDED** to the Luzerne County Court of Common Pleas, pursuant to 28 U.S.C. § 1447(c), for lack of subject matter jurisdiction.

(4) The Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
United States District Judge

Date: April 26, 2018

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2018 MEMORANDA\18-0410-01-ORDER.wpd